# EXHIBIT 2

| LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE | Docket No. HD18P2035EA | Commonwealth of Massachusetts The Trial Court Probate and Family Court |
|---|---|---|
| Estate of: Junior Anthony Williams<br><br>Date of Death: 07/27/2018 | | Hampden Probate and Family Court<br>50 State Street<br>Springfield, MA 01103<br>(413)748-7758 |

To:

Treslan A. Williams
4143 Hastings Street
Springfield, MA 01104

You have been appointed and qualified as Personal Representative in ☐ Supervised ☒ Unsupervised administration of this estate on ___October 16, 2018___
(date)

These letters are proof of your authority to act pursuant to G. L. c. 190B, except for the following restrictions if any:

☐ Pursuant to G. L. c. 190B, § 3-108(4), the Personal Representative shall have no right to possess estate assets as provided in § 3-709 beyond that necessary to confirm title thereto in the successors to the estate and claims, other than expenses of administration, if any, shall not be paid.

☐ The Personal Representative was appointed before March 31, 2012 as Executor or Administrator of the estate.

⬇⬇ (Do Not Write Below This Line-For Court Use Only) ⬇⬇

## CERTIFICATION

I certify that it appears by the records of this Court that said appointment remains in full force and effect. IN TESTIMONY WHEREOF I have hereunto set my hand and affixed the seal of said Court.

Date ___October 16, 2018___         _Suzanne J. Seguin_
                                    Suzanne T Seguin, Register of Probate

MPC 751 (4/15/16)

| ORDER OF INFORMAL PROBATE OF WILL AND/OR APPOINTMENT OF PERSONAL REPRESENTATIVE | Docket No. 18P-2035EA | Commonwealth of Massachusetts The Trial Court Probate and Family Court |
|---|---|---|
| **Estate of:** JUNIOR (First Name)   ANTHONY (Middle Name)   WILLIAMS (Last Name) <br> **Also Known As:** _____ <br> **Date of Death:** 24/7/2018 | | Hampden _____ Division |

1. A Petition has been filed requesting:

   ☒ The appointment of a Personal Representative.

   ☐ Informal probate of the will dated _____ (date) and codicils _____ (dates) of the above named Decedent.

2. Upon consideration of the Petition, I determine based upon the Petition that all of the following are true:

   a. The Petitioner is an interested person and has filed a complete and verified Petition.
   b. Venue is proper.
   c. The Petition was filed within the time period permitted by law.
   d. Any required notices have been given or waived.
   e. A death certificate issued by a public officer is in the Court's possession.
   f. The spouse, heirs at law and any devisees are not incapacitated or protected persons or minors; or if they are, they are represented by a conservator or a guardian who is not the Petitioner.

   **INFORMAL PROBATE OF WILL**

3. ☐ The original, properly executed and apparently unrevoked will is in the court's possession.

   The will dated _____ (date) and any codicils dated _____ (dates) are referred to as the will. There are no known prior wills which have not been expressly revoked by a later instrument. The will is admitted to informal probate.

   ☐ An authenticated copy of the will and any codicil and documents establishing probate in the State of _____ are in the court's possession and are offered for informal probate. The will is admitted to informal probate.

   ☐ A duly authenticated copy of the will and a duly authenticated certificate of its legal custodian that the copy filed is a true copy and that the will has become operative under the law of _____ is offered for informal probate. The will is admitted to informal probate.

   **APPOINTMENT OF PERSONAL REPRESENTATIVE**

4. ☒ The person whose appointment is sought has priority for appointment, with or without appropriate nomination and/or renunciation. Any will to which the requested appointment relates has been formally or informally probated.

| Estate of: | | | | Docket No. |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | 18P-2035EA |

The following person is appointed Personal Representative:

__Treslan__ __A__ __Williams__
First Name / M.I. / Last Name

__41 Hastings St.__
(Address) / (Apt, Unit, No. etc.)

__Springfield__ __MA__ __01301__
(City/Town) / (State) / (Zip)

Primary Phone #: __(413) 246-2748__

_____ _____
First Name / M.I. / Last Name

_____
(Address) / (Apt, Unit, No. etc.)

_____
(City/Town) / (State) / (Zip)

Primary Phone #: _____

[click to add] [click to remove]

5. The Personal Representative shall serve in an unsupervised administration:

   [X] without surety on the bond.
   
   [ ] with [ ] personal [ ] corporate sureties on the bond in the penal sum amount of $ _____

6. Letters of Authority shall issue.

The Personal Representative(s) shall comply with all relevant requirements under the law and the appointment is subject to termination as provided in G. L. c. 190B, §§ 3-608-612.

Date __Oct. 16, 2018__            __Rosemary A Saccomani__
                                   [ ] Justice        [X] Magistrate

---

**The Petition is DENIED/DECLINED because:**

[ ] This or another will of the Decedent has been the subject of a previous probate Order.

[ ] Persons with prior or equal priority have not renounced or nominated the Petitioner or his or her nominee.

[ ] Notice requirements have not been met.

[ ] Other:

Date _____            _____
                                        [ ] Justice        [ ] Magistrate

NOTE:  The denial of a Petition for Informal Probate cannot be appealed. A timely formal proceeding may be initiated pursuant to G. L. c. 190B, § 3-401.

- **If this Petition is allowed the Petitioner must publish an Informal Publication Notice (MPC 551) once in a newspaper designated by the Register. The Publication shall not be more than thirty (30) days after informal probate or appointment pursuant to G. L. c. 190B, § 3-306(b).**

| Estate of: | | | | Docket No. |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Reset Form

MPC 750 (4/15/16)

page      of