# EXHIBIT 1

06/14/2018  16:24    6174823917                CORNELL GOLLUB                           PAGE  02/02

CHRISTOPHER J. HURST
617-912-6568 (DIRECT)
EMAIL: CHURST@CORNELLGOLLUB.COM
ADMITTED IN MASSACHUSETTS

# CORNELL & GOLLUB
ATTORNEYS AT LAW

75 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 482-8100
TELECOPIER (617) 482-3917

ROBERT W. CORNELL
(1910-1987)
KARL L. GOLLUB
(1924-1985)

June 14, 2018

Paul Lang
Clerk's Office
Springfield District Court
50 State St.
Springfield, MA 01102

**VIA FASCIMILE**

RE:   Commonwealth v. Junior Williams
      Case Number: 1323-CR-8756
      Request for audio recording

*[handwritten: This record is sealed no public record]*

Paul:

Thank you for speaking with me today regarding obtaining a copy of the audio recording for the April 26, 2016 plea hearing in the above referenced matter, which was before Judge John Payne in Courtroom 3.

Please let me know if there an associated cost, and I will forward payment.

Thank you.

Very truly yours,

*[signature]*

Christopher J. Hurst

CJH/bmh

*[stamp: FILED SPRINGFIELD DISTRICT COURT 18 JUN 15 AM 10:15]*

RHODE ISLAND            CORNELL & GOLLUB            MASSACHUSETTS
                        ESTABLISHED 1964
                        www.cornellgollub.com

## CORNELL & GOLLUB
ATTORNEYS AT LAW

75 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 482-8100

ROBERT W. CORNELL
(1910-1987)
KARL L. GOLLUB
(1934-1985)

RHODE ISLAND OFFICE
----
145 MAIN STREET
WAKEFIELD, RHODE ISLAND 02879
----
TELEPHONE (401) 782-2072
TELECOPIER (401) 782-4941

### TELECOPIER COVER SHEET

**DATE:** June 14, 2018

**CASE:** Commonwealth v. Junior Williams, Case Number: 1323-CR-8756

**DOCUMENT:**

**SEND TO:** Attn: Paul Lang

**FIRM/COMPANY:** Clerk's Office
Springfield District Court

**TELECOPIER NO:** 413-747-4842

**TOTAL PAGES INCLUDING COVER SHEET:** 2

**FROM:** Christopher J. Hurst

**MESSAGE:** Request for audio recording

PLEASE CALL 617/482-8100 IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION. THANK YOU.

### NOTICE

THE MATERIAL CONTAINED IN THIS TELECOPIER TRANSMISSION MAY INCLUDE CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE PERSON OR ENTITY TO WHICH IT IS ADDRESSED. If this telecopier transmission has been received by a person or entity other than the person or entity to whom it is addressed, please notify the sender immediately and return the original telecopier the transmission by mail. The use, dissemination, copying or disclosure of this telecopier transmission by anybody other than the person or entity to which it is addressed is strictly prohibited.

**CourtView Justice Solutions**      **Springfield District Court**

## Case Selection

No records found matching search criteria.

**Search Criteria**

| | |
|---|---|
| Case Number | 1323CR008756 |
| Case Type | |
| Status | |
| Locality | |
| Session | |

| | |
|---|---|
| Begin Date | |
| End Date | |
| Incomplete | ☐ |
| Site | Springfield District Court |

**Search Results**

Copyright © 2018 CourtView Justice Solutions, Inc., an equivant company