# EXHIBIT 2

<div style="border: 1px solid;">

1                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
2

3


4                                         )
     JUNIOR WILLIAMS,                     )
5                                         )
              Plaintiff,                  )
6                                         )  Civil Action
     v.                                   )  No. 16-cv-30142-MGM
7                                         )
     KAWASAKI MOTORS CORP., U.S.A.,       )
8    KAWASAKI HEAVY INDUSTRIES, LTD.      )
     and SPRINGFIELD MOTOR SPORTS, LLC,   )
9                                         )
              Defendants.                 )
10                                        )

11

12       BEFORE THE HONORABLE KATHERINE A. ROBERTSON
             UNITED STATES MAGISTRATE JUDGE
13

14                   STATUS CONFERENCE

15
                   November 26, 2018
16

17

18               United States Courthouse
                    300 State Street
19          Springfield, Massachusetts 01105

20


21               Linda Walsh, RPR, CRR
22              Official Court Reporter
     John J. Moakley United States Courthouse
23          One Courthouse Way, Room 5205
            Boston, Massachusetts 02210
24              lwalshsteno@gmail.com

25

</div>

1          MR. GREENWOOD:  And I assume Your Honor knows what --

2          THE COURT:  I know what an Alford plea is, and I know

3     what a CWOF is in State District Court.

4          MR. GREENWOOD:  There was no admission on my client's

5     part at all, but there was a plea based on an Alford plea

6     accepted by the Court.  The Court knew it going in.  The Court

7     signified it at the end.

8          THE COURT:  Okay.

9          MR. GREENWOOD:  So the only word that my client said

10    during that hearing that I recall is in response to questions

11    about his ability to submit the plea, how far he went to

12    school, are you under the influence of any drugs.

13         THE COURT:  Yes.  Sure, the plea colloquy.  But why

14    would the records be sealed?  I don't know why an Alford plea

15    would cause the sealing of records.

16         MR. GREENWOOD:  It would not necessarily, Your Honor,

17    but my program advises us -- and I did this as a court-

18    appointed lawyer for Mr. Williams, who he --

19         THE COURT:  Yes.

20         MR. GREENWOOD:  At the conclusion of any plea that we

21    do, we always advise our client of the potential to seal the

22    record down the road.  We don't necessarily advise them to do

23    it or not to do it, but we tell them about their right to do

24    it.  I discussed that with Mr. Williams at the conclusion of

25    the Alford plea.  I even -- because he had no use of his hand,

1    I even filled out a form for him to say this is what you would

2    need to file if you want to seal it.  I did not know that

3    Mr. Williams had actually filed it.  I don't believe the record

4    was sealed until earlier this year, but he did not tell me he

5    was seeking to seal it.  I suspect the reason he didn't tell me

6    that has to do with the despair he was in that ultimately led

7    to his suicide.  I suspect he wanted to conceal the record from

8    his daughter, but I have no way of proving that, Your Honor.

9    Certainly we did not have that discussion.

10          But in terms of sealing the record, Mr. Williams

11   applied for, it went through the normal process and was sealed.

12   Mr. Durney sent a letter to Terry Butler, which I received a

13   copy of last week, asking about this sealing issue.  Obviously

14   we have to talk to the person standing in the stead of

15   Mr. Williams to even discuss it.  He's in Jamaica at the

16   moment, but the -- I can't get access to the records either --

17          THE COURT:  Sure.

18          MR. GREENWOOD:   -- because it's been sealed.

19          THE COURT:  But could the administrator of the estate,

20   do you think, obtain access even --

21          MR. GREENWOOD:  I believe the administrator of the

22   estate could.  He represents -- he stands in the stead of

23   Mr. Williams now.

24          THE COURT:  Stands in the stead of Mr. Williams.

25          MR. GREENWOOD:  He could.

```
 1                 CERTIFICATE OF OFFICIAL REPORTER

 2

 3          I, Linda Walsh, Registered Professional Reporter

 4   and Certified Realtime Reporter, in and for the United States

 5   District Court for the District of Massachusetts, do hereby

 6   certify that pursuant to Section 753, Title 28, United States

 7   Code that the foregoing is a true and correct transcript of the

 8   stenographically reported proceedings held in the

 9   above-entitled matter and that the transcript page format is in

10   conformance with the regulations of the Judicial Conference of

11   the United States.

12                        Dated this 16th day of December, 2018.

13

14

15          /s/ Linda Walsh

16          Linda Walsh, RPR, CRR

17          Official Court Reporter

18

19

20

21

22

23

24

25
```