# EXHIBIT 1

COMMONWEALTH OF MASSACHUSETTS

Hampden, ss            Springfield District Court

C.A. No. 1423CV39

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VERONICA A. WILSON,

    Plaintiff,

  Vs.

JUNIOR ANTHONY WILLIAMS and TAYVONTAE GOODMAN,

    Defendants,

JUNIOR ANTHONY WILLIAMS

    Defendant/Third-Party Plaintiff,

  Vs.

KYLE A. WRIGHT,

    Third-Party Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF:  STEPHEN F. HIGGINS, III

Law Offices of John N. White

One Federal Street

Springfield, Massachusetts

November 13, 2014    12:12 p.m.

HUTCHINGS NUMBER: 534889-A

STEPHEN F. HIGGINS, III - 11/13/2014

Page 8

1   State Street, what took place; what happened?

2   A.   I was at the light, I was sitting at
3   the light; it was a red light.

4   Q.   And that light would be where?

5   A.   State and School. State and School or
6   State and Spring. I was sitting on the Spring
7   side. And I did observe the two guys on the bike,
8   coming up the hill. They weren't really moving at
9   a rate of speed, but -- they were horse-playing.

10  Q.   What do you mean by "horse-playing"?

11  A.   One of them was just horse-playing,
12  doing wheelies and just -- I don't know --
13  show-gunning.

14  Q.   Any idea, as you observed them, what
15  their speed was?

16  A.   Thirty; thirty-five, maybe.

17  Q.   I'm sorry. Can you continue on with
18  what you observed?

19  A.   The light turned green, and I went
20  through the light. And the guys, they were almost
21  at the intersection at this point; they weren't
22  quite. And I went -- I started going through and
23  I was watching them, because I have a bike, you
24  know, and I was watching them horseplay, and I'm
25  watching them go through the light, and I look in

```
 1              CERTIFICATE OF REPORTER
 2
 3      I, Jonathan P. Lodi, a Notary Public in and for
 4   the Commonwealth of Massachusetts, do hereby
 5   certify that STEPHEN F. HIGGINS, III came before
 6   me, on November 13, 2014, at The Law Offices of
 7   John N. White, One Federal Street, Springfield,
 8   Massachusetts, and was by me duly sworn to testify
 9   to the truth and nothing but the truth as to his
10   knowledge touching and concerning the matters in
11   controversy in this cause; that he was thereupon
12   examined upon his oath and said examination
13   reduced to writing by me; and that the statement
14   is a true record of the testimony given by the
15   witness, to the best of my knowledge and ability.
16      I further certify that I am not a relative or
17   employee of counsel/attorney for any of the
18   parties, nor a relative or employee of such
19   parties, nor am I financially interested in the
20   outcome of the action.
21      WITNESS MY HAND this 18th day of November,
22   2014.
23   _____
24   Jonathan P. Lodi              My Commission Expires:
25   Notary Public                 8/13/21
```