# EXHIBIT 2

**Edward Hiney**
**September 28, 2017**

Page 1

1                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

2

3                         C.A. No. 3:16-CV-30142-MGM

4       _____
       JUNIOR WILLIAMS             :

5                  Plaintiff,    :
                             :

6         VS                    :
                             :

7                             :

8       KAWASAKI MOTORS CORP., U.S.A.,  :
       KAWASAKI HEAVY INDUSTRIES, LTD,  :
       AND SPRINGFIELD MOTOR SPORTS, LLC :

9                  Defendants.   :

10      _____

11

12

13

14        DEPOSITION OF:  OFFICER EDWARD HINEY

15          CATUOGNO COURT REPORTING

16        One Monarch Place, Suite 600

17             1414 Main Street

18       Springfield, Massachusetts 01144

19           September 28, 2017

20        (10:27 a.m. - 1:49 p.m.)

21

22

23

24            Amy J. Spangler
            Court Reporter

Edward Hiney
September 28, 2017

Page 78

1    true without measuring it?

2         A.    Approximately that, yes.

3         Q.    So you measured to what point on the arrow?

4         A.    The beginning of the arrow, the bottom part

5    of the arrow.

6         Q.    Okay.  So the arrow --

7         A.    Depending on where I measured it from, I

8    mean, it could have been anywhere from 130 to 135

9    feet depending on where I did the --

10        Q.    As you sit here today, do you remember if

11   you measured -- it looks from your drawing like you

12   measured to the bottom of the arrow.

13        A.    Correct.  That's what it looks like to me.

14   I don't have a direct recollection, but the diagram

15   is depicting towards the bottom of the arrow.

16        Q.    All right.  So then on the right-hand side

17   of Page 21 of Exhibit 31, we have 1 second, 1.5

18   second, 59.090, and then we have 86.665.  Can you

19   just tell us what was that meant to indicate?

20        A.    The 1. -- 1 to 1 and a half seconds was

21   essentially how long it took from me watching the

22   video and on the time lapse how long it took the

23   motorcycle to go from the crosswalk to the first

24   painted arrow.

**CATUOGNO COURT REPORTING & STENTEL TRANSCRIPTIONS**
**Springfield, MA  Worcester, MA  Boston, MA  Providence, RI**

Edward Hiney
September 28, 2017

Page 79

1      Q.   I see.  And 59.090 what is that?

2      A.   It's labeled as miles per hour, but I think

3   that's been mislabeled.

4      Q.   Okay.  What is that?

5      A.   It should have been feet per second.  The

6   bottom one is 88.665 FPS, feet per second, but

7   again, that should have been miles per hour.

8      Q.   I see.  So if we turn to the next page,

9   Page 22, first of all, there is some handwriting at

10   the bottom it says AR Pro.

11      A.   Correct.

12      Q.   What is that?

13      A.   That is the accident reconstruction program

14   that our department has.  I believe it stands for

15   accident reconstruction pro, and that would be the

16   version underneath, 8.10.2.204 and then it was a

17   2013 version that we had been using.

18      Q.   All right.  So that was the most up-to-date

19   version you had?

20      A.   At the time, yes, sir.

21      Q.   And then if we go to the top of the page it

22   says average velocity with distance and time.  This

23   was printed out from that program?

24      A.   Correct.

Edward Hiney
September 28, 2017

1      A.   Yes, sir.

2      Q.   And what is that to indicate?

3      A.   59 -- well, 59.090 would be a calculation,

4  and mph would be abbreviation for miles per hour.

5      Q.   And beneath that you have 86.665 FPS; is

6  that correct?

7      A.   Yes, sir.

8      Q.   And what does that indicate?

9      A.   FPS would be an abbreviation for feet per

10  second, and 88.665 would have been a calculation

11  would have been probably mislabeled by myself.

12      Q.   What's mislabeled?

13      A.   It looks like 59.090 should have been feet

14  per second versus 86.665 should have been labeled

15  miles per hour.

16      Q.   Oh, so looking at this today, you think the

17  calculation should have been 59.090 feet per second

18  equates to 86.665 miles per hour, correct?

19      A.   That's what it appears to be based on the

20  AR Pro calculation.

21      Q.   Okay.  Do you know in your years of police

22  work when you do accident investigation, do you know

23  the rule of thumb multiplier between feet per second

24  and miles per hour?

Edward Hiney
September 28, 2017

Page 89

1    discussed that, did we not?

2        A.    We did.

3        Q.    And the marks on State Street would be the

4    across walk as well as the start of the left turn

5    arrow?

6        A.    Yes, sir.

7        Q.    Any other marks that you used to determine

8    speed?

9        A.    No, sir.

10       Q.    The estimated speed of both motorcycles

11   involved was calculated to be 80 to 90 miles an hour

12   just prior to this impact.  That was the result of

13   your investigation, that opinion, correct?

14       A.    Yes, sir.

15       Q.    And based upon your training and

16   experience?

17       A.    Yes, sir.

18       Q.    And based upon your use of the AR software

19   that you had available to you in 2013 in Springfield

20   Police Department, correct?

21       A.    Yes, sir.

22       Q.    You stand by that estimate, do you not?

23       A.    I do, sir.

24       Q.    Do you believe it to be reasonably based

Edward Hiney
September 28, 2017

Page 123

1    You wrote that, correct?

2         A.    I did write that, yes, sir.

3         Q.    And as you sit here today -- I'm very

4    sensitive this was four years ago -- you don't

5    remember if you used a calculator or did it off the

6    top of your head or how you came to that?

7         A.    I can't recall how I came to that.

8         Q.    In your report, still on Exhibit 8, Page

9    27, and I'm reading from the last sentence in the

10   second full paragraph on the bottom it says, quote,

11   the estimated speed of both motorcycles involved was

12   calculated to be 80 to 90 mph just prior to this

13   impact.  Do you see that?

14        A.    Yes, sir.

15        Q.    Were you influenced at all by the

16   eyewitnesses who had the speeds much lower than

17   that?

18        A.    Was I -- I'm sorry, I don't understand the

19   question, I guess.

20        Q.    You took a statement from an eyewitness by

21   the name of Los, turning now to Page 26, who said 40

22   miles an hour, correct?

23        A.    This is Los.

24        Q.    Page 26 of Exhibit 8?

**Edward Hiney**
**September 28, 2017**

Page 124

```
 1          A.   Yes.

 2          Q.   And Los, third line from the bottom of his

 3     statement, he says 40 mph in quotes.  Do you see

 4     that?

 5          A.   I do.  Yes.

 6          Q.   And you also spoke to Mr. Goodman, which is

 7     Page 24, who said 45 to 50.  Do you see that?

 8          A.   Yes, sir.

 9          Q.   When you wrote up your 80 to 90 on Page 27

10     in your report, did you take into consideration the

11     two eyewitnesses who had speeds half of that?

12          A.   No, that didn't factor into my estimation.

13          Q.   Still staying on Page 27, and I'm three

14     paragraphs from the bottom where you have bystanders

15     dragged the operator and the paragraph goes on.  Do

16     you see that?

17          A.   Yes, sir.

18          Q.   Did you -- do you know who those people

19     were that dragged the -- according to this report

20     dragged the operator?

21          A.   No, sir I do not.

22          Q.   Do you know how you got that information,

23     the bystanders dragged the operator of the Kawasaki

24     motorcycle away from the resulting fire?
```

Edward Hiney
September 28, 2017

Page 152

1          MR. BUTLER:  Objection.

2     BY MR. DURNEY:

3          Q.   -- then to covered 130 feet, it has to be

4     going faster than 60, right?

5          A.   That would be a fair assumption, yes.

6          Q.   And in any case, even if the motorcycle --

7     even if your calculation were somehow wrong, and the

8     conclusion that you should have arrived at was that

9     the motorcycle was traveling at 60, how would that

10    relate to the posted speed on this road on the day

11    of the accident?

12          MR. BUTLER:  Improper hypothetical.

13          THE DEPONENT:  If you are saying he was

14    doing 60, that would have been double the speed

15    limit because the posted speed limit is 30 miles an

16    hour.

17          MR. DURNEY:  Those are all the questions I

18    have for you today. Thank you.

19                    EXAMINATION

20    BY MS. MCHUGH:

21          Q.   Do you have Exhibit 8 in front of you?

22          A.   Yes, I do.

23          Q.   If you could look at Page 43 and 44,

24    actually I think the last two pages.

**Edward Hiney**
**September 28, 2017**

Page 156

1      I, AMY J. SPANGLER, Notary Public, do

2  hereby certify that Edward N. Hiney appeared before

3  me and satisfactorily identified himself on the 28th

4  day of September, 2017, at Catuogno Court Reporting,

5  One Monarch Place, 6th Floor, 1414 Main Street,

6  Springfield, Massachusetts 01144, and was by me duly

7  sworn to testify to the truth and nothing but the

8  truth as to his knowledge touching and concerning

9  the matters in controversy in this cause; that he

10  was thereupon examined upon his oath and said

11  examination reduced to writing by me; and that the

12  statement is a true record of the testimony given by

13  the witness, to the best of my knowledge and

14  ability.

15      I further certify that I am not a relative

16  or employee of counsel/attorney for any of the

17  parties, nor a relative or employee of such parties,

18  nor am I financially interested in the outcome of

19  the action.

20      WITNESS MY HAND THIS 11th day of October, 2017.

21

22

23  Amy J. Spangler              My Commission expires:

24  Notary Public               November 25, 2022