# EXHIBIT 3

SPRINGFIELD POLICE DEPARTMENT
Traffic Bureau
Operator's Statement

Date of Collision: 7/30/2013                                    Report #: 13-2316-AC

This statement was taken from a Tayvontae Raymond Goodman, ▓▓▓, of 14 Osgood St, Spfld, (413) 221-3485 while at in the ER at Baystate Medical Center on 7/30/2013 at about 1:15 pm.

He said that his friend "Junior" came over to his house on Osgood St and that they both left riding their motorcycles at "around 10:30" that morning. The both drove to the BP at Main St and Carew St and got gas. When they left, they drove out onto Bond St, then onto Dwight St towards downtown. They turned onto State St when they stopped at the red light at State St and Chestnut St. When light went green, they both continued up State St in the "left lane" and that Junior was on his left. When they got to Spring St, a Jeep turned in front of them and Junior struck the side of it, and he went to his right to try and avoid hitting it. He couldn't and said that he struck the passenger side front ¼ panel, did a "flip" and tumbled up State St and came off his motorcycle.

When asked he said he was "maybe in 3rd" gear and that he "honestly don't know" how fast he was going just before this collision, "around 45-50 mph". When asked why there wasn't a license plate on his motorcycle, he replied that it had been stolen 2 weeks ago in West Springfield.

Respectfully submitted,
Edward N. Hiney #102
032490

26

SPRINGFIELD POLICE DEPARTMENT
Traffic Bureau
Witness Statement

Date of Collision: 7/30/2013                    Report #: 13-2316-AC

    This statement taken from a Korey M. Los of 26 Howard St, Spfld, (413) 693-9119. He made himself known to officers as to what he witnessed.
    He stated that he was standing on State St somewhere between the Sheriff's Department and the Funeral home, "waiting by the DRC" (Sheriff's Departments Day Reporting Center). He said that he was looking west, towards downtown when he saw a "black bike", in the "middle lane" on State St heading up State St (east). When asked he said he thought this bike was traveling around "40 mph". He saw a Jeep make a U turn in front of this bike and they collided. When asked he said that he could not see what color the lights were because of where he was standing.

    This statement was taken from a Carlton L. Holloman, ▆▆▆▆ (413) 657-0521. He stated that he was standing at State St and Spring St looking southerly when he saw a motorcycle collided with a Jeep while both were on State St. The motorcycle had been heading up State St and the Jeep was turning in front of this motorcycle. He said that he did not see the color of the lights just before this collision occurred.

                                                              Respectfully submitted,
                                                              Edward N. Hiney #102